SecureRelease™ Portal

 

Request Number: CBP-FO-2024-022601 

## Details of Request
(Read only details of request)

CANCEL

| | | |
|---|---|---|
| **Request Description:** | All entries and exits of the SOR | **Fee Waiver Requested? :** Not Requested |
| **Agency:** | Department of Homeland Security | |
| **Component:** | U.S. Customs & Border Protection | **Reason for Fee Waiver** - |
| **Processing Track:** | Simple | |
| **Request Type:** | FOIA Request | **Expedited Processing?:** Not Requested |
| **Submitted Date:** | 11/20/2023 | |
| **Request Status:** | Initial Determination | **Reason for Expedited Processing:** - |
| **Identity Verification Status:** | Not Requested by Agency | |

### Files uploaded by user

🔍 Search

| File Name | Attachment Type |
|---|---|
| Signed CBP FOIA authorization Nazem.pdf | Request Letter |

5 rows ▾   |< ‹ 1-1 of 1 › >|

SUPPORT    LICENSES    PRIVACY NOTICE    COOKIE NOTICE

COOKIE SETTINGS    GOVERNMENT SYSTEM NOTICE

© 2024 Powered by Deloitte

**EXHIBIT A**